## Com. ex rel. C. Franell, *v.* Ashe, Warden.

PER CURIAM, January 31, 1939:

The facts in this petition for writ of habeas corpus are identical with those in the petition for writ of habeas corpus sued out by Howard Franell, No. 115 Miscellaneous Docket, except that this relator was indicted to No. 27 June Sessions, 1928.

For the reasons therein set forth, the sentence of the relator on the third count—for larceny—is set aside, and the relator is remanded to complete the sentences on the first and second counts.